# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RANDALL WILSON, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:21-cv-60 |
| v. | * | |
| WAYCROSS POLICE DEPARTMENT; DUSTIN CREWS; and STUART DELOACH, | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Defendant Waycross Police Department. Plaintiff's claims against Defendants Crews and Deloach remain pending. Id.; Dkt. No. 10.

**SO ORDERED**, this 13 day of April, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)